# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1453.  AMOANIWAH YEBOA JOANNA v. HOI KOK AU.**

This case originated as a dispossessory proceeding in Magistrate Court. Following an adverse ruling, defendant Amoaniwah Yeboa Joanna appealed to the Superior Court.  The Superior Court also ruled in favor of the plaintiff, and Joanna filed this direct appeal from the Superior Court's order.  We lack jurisdiction.

Because the Superior Court's order disposed of a de novo appeal from a Magistrate Court decision, Joanna was required to follow the discretionary appeal procedure.  See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Joanna's failure to follow this procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/16/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*